UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Robert Anderson**
PLAINTIFF(S)

v.

**Maricopa County et al**
DEFENDANT(S)

CASE NO. **CV 08-1286-PHX-LOA**

NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Complaint #1* filed by *John Neal Wilborn*:

☒ Incorrect information added to Party Information Screen. Address, phone or email information was incorrectly added to the Party Information screen. At the Party Information screen, only the Party text field should be used when appropriate.

**ACTION TAKEN BY THE COURT**

☒ DO NOT REFILE. The deficiency indicated above has been addressed by the Clerk.

**ACTION REQUIRED BY THE FILER**

☒ The deficiency indicated below must be corrected within one (1) business day of this notice.

☒ Party not added to case. The following parties were not added to the case: John Doe Erie, Jane Doe Cavallo, and John Doe McCarthy

☒ Under the header Initial Pleadings and Service, select category Utility Event - Add Parties, and then select event Utility Event for Adding Parties. Add any and all parties that appear in the case caption that do not appear on the docket of this case.