# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## MARICOPA District of ARIZONA

Case Number: 2:08-CV-01286-LOA

Plaintiff:
**ROBERT ANDERSON**

vs.

Defendant:
**MARICOPA COUNTY, EL AL**

For:
John Wilborn
SURRANO LAW OFFICES
3200 N. Central Ave.
Suite 2500
Phoenix, AZ  85012

Received by Rush Attorney & Process Services, Inc. to be served on **MARICOPA INTEGRATED HEALTH SYSTEMS, 2601 E. ROOSEVELT STREET, PHOENIX, AZ 85008**.

I, ADAM M. JUEL, do hereby affirm that on the **16th day of July, 2008** at **12:13 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CYNTHIA CORNEJO** as **ASST. CLERK OF THE BOARD OF MIHS** for **MARICOPA INTEGRATED HEALTH SYSTEMS**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 21, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also verify under penalty of perjury that the foregoing is true and correct. Executed on 7/20/08

ADAM M. JUEL
Process Server

**Rush Attorney & Process Services, Inc.**
5025 N. Central Ave.
#507
Phoenix, AZ  85012
(602) 271-0368
Our Job Serial Number: 2008001799
Ref: ANDERSON
Service Fee: $40.00