**SURRANO LAW OFFICES**
Attorneys at Law
Charles J. Surrano III (007732)
John N. Wilborn (013714)
Great American Tower
3200 North Central Avenue, Suite 2500
Phoenix, Arizona 85012
(602) 264-1077

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT ANDERSON, an Arizona Resident,<br><br>        Plaintiff,<br><br>    vs.<br><br>MARICOPA COUNTY SPECIAL HEALTH CARE DISTRICT dba MARICOPA INTEGRATED HEALTH SYSTEM, a publicly funded entity, SUE ERIE an Arizona resident, GENE CAVALLO an Arizona resident, SHERYL MCCARTHY an Arizona resident,<br><br>        Defendants. | Case No.  2:08 – CV – 01286-LOA<br><br>**WAIVER AND ACCEPTANCE OF SERVICE** |

**TO:  SURRANO LAW OFFICES:**

I acknowledge receipt of your request that I waive service of a summons on behalf of Defendants Sue Erie, Gene Cavallo, and Sheryl McCarthy in the above captioned action, which is case number 2:08-CV-01286-LOA in the United States District Court, for the District of Arizona.  I also have received a copy of the amended complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

1

1        I agree to save the cost of service of a summons and an additional copy of the

2    amended complaint in this lawsuit by not requiring that I (or the entity on whose behalf

3    I am acting) be served with judicial process in the manner provided by Rule 4 of the

4    Federal Rules of Civil Procedure.

5        I (or the entity on whose behalf I am acting) will retain all defense or objections

6    to the lawsuit or to the jurisdiction or venue of the court except for objections based on

7    a defect in the summons or in the service of the summons.

8        I understand that a judgment may be entered against me (or the party on whose

9    behalf I am acting) if an answer or motion under Rule 12 is not served upon you within

10   sixty (60) days after August 13, 2008 or within ninety (90) days after that date if the

11   request was sent outside the United States.

12       DATED this _18th_ day of August 2008.

13

14                                          _____

15                                          Brandon A. Newton

16                                          Maricopa County Attorney / Civil Division

17                                          222 N. Central Avenue, Suite 1100
                                            Phoenix, AZ 85004

18   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

19       Rule 4 of the Federal Rules of Civil Procedure require certain parties to

20   cooperate in saving unnecessary costs of service of the Summons and a pleading.  A

21   defendant located in the United States who, after being notified of an action and asked

22   by a plaintiff located in the United States to waive service of a Summons, fails to do so

23   will be required to bear the cost of such service unless good cause be shown for its

24   failure to sign and return the waiver.

25       It is not good cause for a failure to waive service that a party believes that the

26   Complaint is unfounded, or that the action has been brought in an improper place or in a

court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the Summons retains all defenses and objections (except any relating to the Summons or to the service of the Summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the Waiver form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the Complaint and also must file a signed copy of the response with the court. If the Answer or Motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the Summons had been actually served when the request for waiver was received.