1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Robert Anderson, an Arizona resident,    )    No. CV-08-01286-PHX-LOA
                                              )
10              Plaintiff,                      )    **ORDER AND**
                                              )    **ORDER TO SHOW CAUSE**
11   vs.                                        )
                                              )
12                                              )
     Maricopa County Special Health Care)
13   District dba Maricopa Integrated Health)
     System, a publicly funded entity; et al.,  )
14                                              )
                Defendants.                     )
15   _____)

16

17            This matter arises on the Court's review of the file.  Plaintiff commenced this

18   action on or about July 11, 2008. (docket #1)  On July 16, 2008, the Court issued a Notice

19   of Assignment and Order, docket # 5, ordering Plaintiff to file on or before August 5, 2008

20   his written election to either consent to a United States magistrate judge or elect to proceed

     before a United States district judge. As of today's date, the Plaintiff has failed to file his
21
     written election to either consent to magistrate-judge jurisdiction or elect to proceed before
22
     a United States district judge.  Defendants consented to magistrate-judge jurisdiction on
23
     August 19, 2008. (docket # 19)
24
              Dismissal of a complaint for failure to comply with the procedural rules of the
25
     court is within the court's discretion. *Original Ballet Russe, Ltd. v. Ballet Theatre, Inc.*, 133
26
     F.2d 187, 188 (2nd Cir. 1943); *Sergio Bautista et al. v. Los Angeles County*, 216 F.3rd 837
27
     (9th Cir. 2000).  Moreover, district courts have the inherent power to control their dockets
28

1    and, in the exercise of that power, may impose sanctions including, where appropriate,

2    dismissal of a case. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). A dismissal for

3    want of prosecution under Rule 41(b) will stand unless it is an abuse of discretion. *Link v.*

4    *Wabash R.R.*, 370 U.S. 626, 633 (1962); *Anderson v. Air West, Inc.*, 542 F.2d 522, 524 (9th

5    Cir. 1976). Rule 41(b) specifically provides that the failure of the plaintiff to prosecute his

6    or her claim is grounds for involuntary dismissal of the action. *Anderson v. Air West, Inc.*,

7    542 F.2d at 524. The courts have read this rule to require prosecution with "reasonable

8    diligence" if a plaintiff is to avoid dismissal. *Id.* (citing *Ballew v. Southern Pacific Co.*, 428

9    F.2d 787 (9th Cir. 1970)).

10         Because the period within which Plaintiff was to file his written consent or

11    election has passed, the Court orders Plaintiff to show cause in writing **on or before Friday,**

12    **September 5, 2008** why his Complaint, should not be dismissed for failure to comply with

13    court orders and failure to diligently prosecute his case pursuant to Rule 41(b), FED.R.CIV.P.

14    Plaintiff may discharge this OSC by complying with the Court's July 16, 2008 Order **on or**

15    **before on or before Friday, September 5, 2008**.

16         The file also reflects that Plaintiff, apparently contrary to Rule 15(a)(2),

17    FED.R.CIV.P.,[1] filed his First Amended Complaint on August 5, 2008 without leave of the

18    Court. Since Plaintiff's First Amended Complaint has apparently corrected the issues raised

19    in Defendants' August 4, 2008 Motion to Dismiss, Defendants' seek an order withdrawing

20    their Motion to Dismiss.

21         Finally, if  Plaintiff's counsel are going to practice in this District Court, they

22    must learn and comply with its Local Rules as ordered on July 16, 2008. Plaintiff's use of

23    all capital letters, for example, in the caption of his First Amended Complaint instead of

24

25

---

26         [1] The file does not reflect any request for leave to amend Plaintiff's Complaint or a
     written stipulation that Plaintiff may do so. Unless Defendants file a motion to strike the
27    Amended Complaint **on or before September 8, 2008**, Defendants will be deemed to have
28    consented to this amendment.

- 2 -

1   using "proper capitalization" as required by LRCiv 7.1(a)(3) is a technical violation of this

2   District Court's Local Rules.

3         Accordingly,

4         **IT IS ORDERED** that Plaintiff show cause in writing **on or before Friday,**

5   **September 5, 2008** why his claims against Defendants should not be dismissed without

6   prejudice for failure to comply with this Court's orders and failure to diligently prosecute his

7   case pursuant to Rule 41(b), FED.R.CIV.P.  Plaintiff may discharge this OSC by complying

8   with the Court's July 16, 2008 Order **on or before on or before Friday, September 5, 2008**.

9         **IT IS FURTHER ORDERED** that Defendants' Motion to Withdraw

10  Defendants' Motion to Dismiss, docket # 17, is **GRANTED**.  Defendants' Motion to

11  Dismiss, docket # 11, is hereby withdrawn.

12        DATED this 27th day of August, 2008.

13

14

15                        Lawrence O. Anderson
                     United States Magistrate Judge

- 3 -