**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Anderson, an Arizona resident, ) | No. CV-08-01286-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Maricopa County Special Health Care ) | |
| District dba Maricopa Integrated Health ) | |
| System, a publicly funded entity; et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff having complied with the August 27, 2008 Order to either consent to a magistrate judge or elect a district judge,

**IT IS ORDERED** that the August 27, 2008 Order to Show Cause is hereby **DISCHARGED**. An order setting a Rule 16 scheduling order will be issued shortly.

DATED this 2nd day of September, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge